**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF IOWA**
**P.O. BOX 9264**
**DES MOINES, IOWA  50306-9264**

---

| | | |
|---|---|---|
| IN re:  JEFFREY LEA KINGAMAN | : | CASE NO. 06-0359-lmj13 |
| Social Security No.: xxx-xx-6466 | | |
| 2118 Brookside Drive | : | |
| Bettendorf, IA  52722 | | |
| | : | |
| | : | CHAPTER 13 |
| Debtor(s). | | |

---

# ORDER

The above named debtor filed for Relief under Chapter 13 of the U.S. Bankruptcy Code.  Upon provisions of the Confirmation of Plan, an Order was entered on **February 15, 2008**, directing the employer of the debtor to withhold funds from the wages of the debtor and to forward said funds to the trustee of the estate.

**The Order directing employer to withhold funds is now rescinded.**

**IT IS ACCORDINGLY ORDERED** that the employer, **Rock Island Arsenal,** shall cease to withhold funds from the debtor's wages (salary or commissions) and that payments to the trustee are to stop immediately upon receipt of this Order.


BY THE COURT


LEE M. JACKWIG
CHIEF U.S. BANKRUPTCY JUDGE

Parties Served:  Interested Parties

## CERTIFICATE OF SERVICE

      The undersigned hereby certifies that a true copy of the foregoing **ORDER RESCINDING WAGE WITHHOLDING ORDER** was served upon the following parties at the addresses shown below by enclosing the same in an envelope addressed to each such person, with postage full paid and by depositing said envelope in the United States Post Office depository in Des Moines, Iowa, on the __21st__ day of **April, 2011.**

                         /s/ Traci Riedel

Jeffrey Klingaman
2118 Brookside Drive
Bettendorf, IA  52722

Rock Island Arsenal
Defense Finance and Accounting Office
Cleveland Center
1240 E. Ninth Street
P.O. Box 998002
Cleveland, OH  44199-8002

**NOTICE WILL BE ELECTRONICALLY MAILED BY THE CLERK OF COURT TO:**

Penelope C. Souhrada @ lawoffices@mchsi.com

Office of U.S. Trustee @ USTPRegion12.DM.ECF@usdoj.gov